SUBCONTRACTING CONCEPTS,
LLC, Plaintiff–Appellant,

v.

CREATIVE INSURANCE MANAGERS,
INC., Defendant–Appellee.

No. 14–10501.

United States Court of Appeals,
Eleventh Circuit.

March 22, 2016.

Matthew Alden Boyd, Ronald Glen Polly, Jr., Hawkins Parnell Thackston & Young, LLP, Atlanta, GA, for Plaintiff–Appellant.

Harry Warren Bassler, Jason D. Darneille, Candler Crim, Jr., Crim & Bassler, Atlanta, GA, for Defendant–Appellee.

Before TJOFLAT and ROSENBAUM, Circuit Judges, and GOLDBERG,* Judge.

PER CURIAM:

For the reasons set forth in the District Court's orders dated December 4, 2013, and January 3, 2014, we affirm the District Court's decisions denying Plaintiff–Appellant's motion for a preliminary injunction, denying as moot Plaintiff–Appellant's motion for a temporary restraining order, and denying Plaintiff–Appellant's motion for a

---

* Honorable Richard W. Goldberg, of the United States Court of International Trade, sitting

permanent injunction; and the District Court's judgment dismissing the action.

**AFFIRMED.**